| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Johnson & Freedman, LLC | | **Regarding:** | **Invoice Number:** | JFFC09024376 |
| **Address:** | 1587 N.E. Expressway | | ARTHUR THOMAS COZART | **Invoice Status:** | Check Confirmed (Exc) |
| | Atlanta, GA 30329 | | 2116 BOGARDE STREET APT A | **Loan No.:** | |
| **Payee Code:** | *508133819 | | DURHAM, NC 27705 | **Loan Type:** | VA |
| **Vendor Contact:** | Lynn Williams | | | **Acquistion Date:** | |
| **Vendor Ref #:** | 0936397NC | | | **Type:** | Non-Judicial |
| **Servicer:** | BAC Home Loans Servicing, LP | | | **Referral Date:** | 11/13/2009 |
| **Inv. ID / Cat. ID** | 875 | | | **Loan Location:** | - |
| **Investor Name** | FNMA REMIC TRUST 04-W2 FIX CHL | | | **VA#** | 181860744516 |
| **Invoice ID** | 42011673 | | | **Submitted Date:** | 3/15/2010 |
| | | | | **Vendor Invoice Date:** | 3/11/2010 |

### Foreclosure - Final Bill - File Closed

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/15/2010 | 03/16/2010 | 03/16/2010 | | 03/16/2010 | 03/16/2010 | 03/18/2010 | 2 |

[ Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | History | Payments | Reconciliation ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $595.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | $45.00 | Exc Ord Allw: |
| **Costs** | Total: | $556.62 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $1,151.62 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $0.00 | Exc Ord Allw: |

### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 11/13/09 | 1 | $495.00 | $495.00 | $0.00 | $495.00 |
| Attorney Fees | Prepare Order to Continue Hearing | 01/21/10 | 1 | $100.00 | $100.00 | $0.00 | $100.00 |

**Note:** Fee approved-Karen King

| | | | | | Total: | $595.00 | $0.00 | $595.00 |
|---|---|---|---|---|---|---|---|---|

### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Recording Costs | Appointment of Substitute Trustee | 11/17/09 | 1 | $17.00 | $17.00 | $0.00 | $17.00 |
| Service Costs | Sheriff Process | 12/04/09 | 1 | $30.00 | $30.00 | $0.00 | $30.00 |
| Service Costs | Statutory Mailings | 12/04/09 | 1 | $34.62 | $34.62 | $0.00 | $34.62 |
| Filing Costs | Court | 12/04/09 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |
| Title Costs | Title Search | 11/13/09 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |

| | | | | | Total: | $556.62 | $0.00 | $556.62 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Invoice Total: | $1,151.62 | $0.00 | $1,151.62 |