

FILED APR 6 '11 AM 10:05 USBC-GBO

# COUNTY OF PERSON
### *Office of the Tax Administrator*

**Person County Tax Collections**
PO Box 1701, 13 Abbitt Street
Roxboro, North Carolina 27573
Phone-(336) 597-1721 Ext 2507 / Fax-(336) 597-2099
bgentry@personcounty.net

April 5, 2011

Mr. Reid Wilcox
Clerk of the Bankruptcy Court
101 S Edgeworth St
Greensboro NC 27401

Re: Arthur Cozart, case #10-82181, claim #2

Dear Mr. Wilcox:

Please withdraw our claim for the above debtor. It was filed in error as we do not have a record of him in our system.

Thank you for your attention and cooperation.

Sincerely,

*Rebecca Gentry*

Rebecca Gentry
Deputy Collector