C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-82181  C-13D |
| Arthur T. Cozart | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OVERRULING OBJECTION TO CLAIM

On June 16, 2011, a hearing was held on the Debtor's Objection to Claim No. 3 in favor of BAC Home Loans. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. Counsel for the Debtor stated to the Court that the Debtor no longer had any objection to the claim. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel, finds that the Objection should be overruled; therefore, it is

ORDERED that the Objection by the Debtor to Claim No. 3 in favor of BAC Home Loans is overruled without prejudice.

**PARTIES IN INTEREST**
Page 1 of 1
10-82181 C-13D

Arthur T. Cozart
2116-A Bogarde St.
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Angel R. Gordon, Esq.
1587 Northeast Expressway
Atlanta, GA  30329